# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance Revocation Proceedings Rule 32

| | | | |
|---|---|---|---|
| Case Number: | **1:24-mj-00606-RPM** | UNITED STATES vs. **Rosen** | |
| Hearing Date: | 11/1/2024 | Time In and Out: | 9:17 AM to 9:25 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Alex Rosen** | Defendant's Counsel: | Samuel Newman |
| AUSA: | Hunter McCreight | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | Kathleen Patrick/Bill Markopoulos |
| CSO: | Antoine Battle | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant signed a Waiver of Rule 32.1 Hearing. Defendant requests those hearings in the charging district. |
| **Custody Status** | |
| ☒ | Remanded to the custody of the U.S. Marshals Service for transport to the charging district. |
| **Other** | |
| ☒ | Commitment to Another District entered. |